BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL – CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Richard.Rodriguez@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ANDY ALLEN MOON, | Case No: 2:14-cv-00861-AC |
|     Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| vs. | |
| CAROLYN W. COLVIIN, Acting Commissioner of the Social Security Administration, | |
|     Defendant. | |

    The parties, through their respective counsel, stipulate the time for filing of defendant's opposition to plaintiff's opening brief be extended from April 11, 2016, to May 11, 2016.

    This is Defendant's first request for an extension of time to file a response to Plaintiff's opening brief.  Defendant needs the additional time to further review the voluminous file in this case in order to properly respond to the issues raised by Plaintiff in his opening brief.

    Further, the undersigned briefing schedule for the month of April has been exceptionally heavy, and the unexpected assignment of a sensitive employee relations matter has left an insufficient amount of time in which to prepare Defendant's response.

    Plaintiff has had one extension of time of 20 days in which to file his opening brief.

    Plaintiff's reply brief, shall be filed within 21 days from receipt of Defendant's response.

Stipulation and Order for Extension of Time

1:15-CV-00078-JLT                                                                                                                   1

Counsel for Defendant conferred with Plaintiff's counsel via email, who has no opposition to the requested extension request on April 7, 2016.

                                        Respectfully submitted,

Dated: April 7, 2016                     BENJAMIN B. WAGNER
                                            United States Attorney
                                            DEBORAH LEE STACHEL, Acting
                                            Regional Chief Counsel, Region IX
                                            Social Security Administration

                                  By:     */s/Richard M. Rodriguez*
                                                      RICHARD M. RODRIGUEZ
                                                      Special Assistant U.S. Attorney

                                                      Attorneys for Defendant

Dated:  April 7, 2016                  */s/Robert C. Weems, CSBN 148156*
                                            As authorized by email
                                            ROBERT C. WEEMS, ESQ.
                                            Attorney for Plaintiff

**IT IS SO ORDERED:**

Dated:  April 8, 2016

                                            ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE

Stipulation and Order for Extension of Time

1:15-CV-00078-JLT                                                                     2