PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL, CSBN# 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: richard.rodriguez@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANDY ALLEN MOON, | ) Case No. 2:14-CV-00861-AC |
| | ) |
| Plaintiff, | ) STIPULATION TO VOLUNTARY |
| v. | ) REMAND PURSUANT TO SENTENCE |
| | ) FOUR OF 42 U.S.C. § 405(g) AND TO |
| CAROLYN W. COLVIN, | ) ENTRY OF JUDGMENT FOR PLAINTIFF |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    IT IS HEREBY STIPULATED by and between Plaintiff, Andy Allen Moon, and Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant) through their respective counsel of record, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case for further administrative action pursuant to 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g) sentence four.

    Upon remand, the Office of Disability Adjudication and Review's Appeal Council will remand this case to an administrative law judge (ALJ) for a new hearing and decision.

    The Appeals Council will instruct the ALJ to reassess the credibility of Plaintiff's

subjective complaints consistent with the applicable regulations, Social Security Rulings, and Ninth Circuit case law.

The Appeals Council will also instruct the ALJ to reassess Plaintiff's residual functional capacity, and determine whether Plaintiff could perform any other work existing in significant numbers in the national economy given his age, education, vocational factors, and residual functional capacity.

The parties' further request the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: May 18, 2016  /s/Robert C. Weems  
Robert C. Weems, CSBN 148156  
Attorney at Law  
Attorney for Plaintiff  
*By email authorization on May 17, 2016

Date: May 18, 2016  PHILLIP A. TALBERT  
Acting United States Attorney

By:  /s/Richard M. Rodriguez  
Richard M. Rodriguez  
Special Assistant United States Attorney  
Attorneys for Defendant

**ORDER**

**APPROVED AND SO ORDERED**:

DATED: May 19, 2016

ALLISON CLAIRE  
UNITED STATES MAGISTRATE JUDGE