PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN# 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone: (415) 977-8926
        Facsimile: (415) 744-0134
        E-Mail: richard.rodriguez@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANDY ALLEN MOON, | ) Case No. 2:14-CV-00861-AC |
| | ) |
| Plaintiff, | ) STIPULATION AWARDING EQUAL |
| v. | ) ACCESS TO JUSTICE ACT (EAJA) |
| | ) ATTORNEY FEES |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The parties agree that Plaintiff is entitled to an award of attorney fees and expenses to be paid by the Defendant pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The parties agree that an award of attorney's fees in the amount of $3,800.00 shall be awarded to Plaintiff and expenses of $2.80 for postage and $2.85 for online research. Total EAJA fees and expenses equal $3,805.65. If it is determined Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA

fees shall be made payable to Robert C. Weems, based upon Plaintiff's assignment of these

amounts to Plaintiff's attorney. The parties agree to costs of $400.00 for filing fees under

28 U.S. C.§ 1920.

Finally, the parties agree whether the check is made payable to Plaintiff, or to Robert C.

Weems, the check shall be mailed to Plaintiff's attorney at the following address:  WEEMS LAW

OFFICES, 769 Center Blvd., PMB 38, Fairfax, CA 94930.

Respectfully submitted,

Date: September 27, 2016          /s/Robert C. Weems
                                 Robert C. Weems, CSBN 148156
                                 Attorney at Law
                                 Attorney for Plaintiff
                                 *By email authorization on May 17, 2016

Date: September 27, 2016          PHILLIP A. TALBERT
                                 Acting United States Attorney

                        By:      /s/Richard M. Rodriguez
                                 Richard M. Rodriguez
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant


**ORDER**


**APPROVED AND SO ORDERED**:



DATED:  September 27, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE